IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| IN RE: | ) | CASE NO. 09-43022 |
| | ) | |
| KUZMA, CHRISTOPHER | ) | HON. KAY WOODS |
| KUZMA, GINA | ) | |
| | ) | CHAPTER 7 |
| DEBTORS. | ) | |

## DIVIDENDS LESS THAN $5.00

Pursuant to 11 U.S.C. Section 347 and Bankruptcy Rule 3010, the herein Trustee has dividend distributions less than $5.00 and is submitting checks herewith payable to Clerk, United States Bankruptcy Court, Check Numbers 4, 15, 17, and 18 in the amounts listed below.

The dividend relates to the following claimant:

| Claimant: | Amount: |
|---|---|
| Vector Marketing Corporation | $2.76 |
| Medical-Retail Adjustment Service | $3.56 |
| Columbia Gas of Ohio | $1.84 |
| Recovery Management Systems Corp. | $3.23 |

/s/ Mark A. Beatrice
MARK A. BEATRICE, Trustee (#0011003)
201 E. Commerce Street
Youngstown, OH 44503-1641
(330) 743-1171
(330) 743-1190 (Fax)

{M0251762.1}